UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED
FILED
AUG - 4 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. S1 - 4:20 CR 657 RLW SRW |
| FREDRICK MOPKINS, PHILLIP POKE, and VERA MOPKINS. | ) |
| Defendants. | ) |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning at on an unknown date and continuing for a period of time, including July 2020 and continuing up to the date of this Indictment, with exact dates unknown, within the Eastern District of Missouri and elsewhere,

**FREDRICK MOPKINS,
PHILLIP POKE, and
VERA MOPKINS,**

the Defendants herein, did knowingly and intentionally conspire, confederate, combine, and agree to distribute and to possess, with the intent to distribute, over 40 grams of a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Sections 846 and 841(a) and punishable under Title 21, United States Code, Section 841(b)(1)(B)(vi).

### COUNT TWO

The Grand Jury further charges that:

On or about October 2, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**FREDRICK MOPKINS,**

the Defendant herein, knowingly possessed one or more firearms, knowing he had previously been

convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT THREE

The Grand Jury further charges that:

On or about October 2, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**FREDRICK MOPKINS,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FOUR

The Grand Jury further charges that:

On or about October 2, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**FREDRICK MOPKINS,**

the Defendant herein, did knowingly possess one or more firearms in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, to possess with the intent to distribute fentanyl as set forth in Count Three.

In violation of Title 18, United States Code, 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE

The Grand Jury further charges that:

On or about October 2, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**FREDRICK MOPKINS,**

the Defendant herein, did knowingly, before or during a search or seizure for property on October 2, 2020 by the agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives, who were authorized to make such search or seizure, knowingly destroyed, damaged, wasted, and disposed of or knowingly attempted to destroy, damage, waste, and dispose of suspected controlled substances, for the purpose of preventing or impairing the Government's lawful authority to take such property into its custody or control.

In violation of Title 18, United States Code, 2232(a), and punishable under Title 18, United States Code, Section 2232(a).

## COUNT SIX

The Grand Jury further charges that:

On or about December 18, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**PHILLIP POKE,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT SEVEN

The Grand Jury further charges that:

On or about December 18, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**PHILLIP POKE,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, to possess with the intent to distribute fentanyl as set forth in Count Six.

In violation of Title 18, United States Code, 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney